UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
DEC 07 2022
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO: 1:22-cr- |
| ) | |
| JAMES BENNETT, ) | 1:22-cr-0195 JMS-TAB |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury further charges that:

### COUNT 1

18 U.S.C. § 1951(a)
Attempted Interference with Commerce by Robbery

At all times material to this Indictment, the Pet Smart supply store, located at 9749 East Washington Street, Indianapolis, Indiana, was engaged in the operation of a pet supply store, open to the public in interstate commerce, and in an industry that affects interstate commerce.

On November 4, 2022, in the Southern District of Indiana, Indianapolis Division, JAMES BENNETT, the defendant herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in such commerce by means of robbery, in that the defendant did unlawfully attempt to take and obtain money or property from the person of, or in the presence of, an employee of the Pet Smart supply store against his/her will by means of actual and threatened force, violence, and fear of injury to his/her person, that is, by using force to attempt to obtain United States currency from an employee of the Pet Smart supply store.

All in violation of Title 18, United States Code, Section 1951(a).

## FORFEITURE

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 21, United States Code, Section 853, if convicted of the offense set forth in Count One of this Indictment, the defendant shall forfeit to the United States any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense.

A TRUE BILL:

███████████████

FOREPERSON

ZACHARY A. MYERS
United States Attorney

By: _____
Jeremy C. Fugate
Assistant United States Attorney
MPB