AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| United States of America<br>v.<br><br>James Bennett<br><br>_____<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>1:22-cr-0195 JMS-TAB |
|---|---|---|

**FILED**

DEC 12 2022

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* James Bennett,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Attempted Interference with Commerce by Robbery, in violation of 18 U.S.C. § 1951(a)

Date: 12/8/2022

CLERK OF COURT, Roger A.G. Sharpe

BY: _____
    Deputy Clerk

City and state: Indianapolis, Indiana

---

**Return**

This warrant was received on *(date)* 12/12/22, and the person was arrested on *(date)* 12/12/22
at *(city and state)* Indianapolis, IN

Date: 12/12/22

Arresting officer's signature

Len Rothermich, Special Agent
Printed name and title